No. 10–5276. GRINDEMANN v. HUMPHREYS, WARDEN. Ct. App. Wis. Certiorari denied.

No. 10–5277. HUDSON v. MCKEE, WARDEN; and DOWE v. HOFBAUER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–5278. GERARD v. PARKLAND PLAZA VETERINARY CLINIC (two judgments). Ct. App. Wis. Certiorari denied. Reported below: 322 Wis. 2d 736, 778 N. W. 2d 172 (first judgment); 323 Wis. 2d 278, 779 N. W. 2d 725 (second judgment).

No. 10–5279. KOON v. RUSHTON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–5280. LANDRIGAN v. ARIZONA. Super. Ct. Ariz., County of Maricopa. Certiorari denied.

No. 10–5281. MASKE v. CHAPPELL ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–5283. WALLACE v. FLORIDA PAROLE COMMISSION. C. A. 11th Cir. Certiorari denied.

No. 10–5284. VARGAS v. ADAMS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–5285. WILLIAMS v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. Sup. Ct. Ark. Certiorari denied.

No. 10–5286. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–5288. GREEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–5290. GARCIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–5291. MASKE v. MURPHY ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–5292. MASKE v. ESTRADA ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–5293. MASKE v. CITY OF AURORA, COLORADO. C. A. 10th Cir. Certiorari denied.